# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

ROBERT KILLOUGH                                                                                        PETITIONER
ADC #19767-031

2:10CV00063 JMM

T.C. OUTLAW                                                                                              RESPONDENT
Warden

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed.

After carefully considering the objections in which petitioner explains the delay in paying the $5.00 filing fee and making a *de novo* review of the record which reflects that the filing fee has now been paid, the Court concludes that the Proposed Findings and Recommended Disposition which sought dismissal based upon petitioner's failure to pay the filing fee, should be declined.

IT IS THEREFORE ORDERED THAT:

The case be referred make to the Magistrate Judge for appropriate action.

DATED this __6__ day of July, 2010.

                                                                                        _____
                                                                                        UNITED STATES DISTRICT JUDGE